UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CABLEVIEW COMMUNICATIONS
OF JACKSONVILLE, INC.,**

        **Plaintiff,**

vs.                      Case No. 3:13-cv-306-J-34JRK

**TIME WARNER CABLE SOUTHEAST,
LLC,**

        **Defendant.**

| | |
|---|---|
| **Counsel for Plaintiff:** | John D. Webb, Esquire |
| **Counsel for Defendant:** | Mark L. Block, Esquire |
| **Counsel for Non-Party:** | Lanny Russell, Esquire |

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 1/8/2016<br>9:10 a.m. - 10:11 a.m.<br>**Recess**<br>10:27 a.m. - 10:40 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Shannon Bishop/<br>Digital |

CLERK'S MINUTES

**PROCEEDINGS:** MOTION HEARING RE DEFENDANT TIME WARNER CABLE SOUTHEAST LLC'S MOTION TO EITHER: (1) DISQUALIFY MR. WEBB FROM APPEARING AS PLAINTIFF'S TRIAL COUNSEL; OR (2) PRECLUDE MR. WEBB FROM TESTIFYING AT TRIAL, AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEREOF (DOC. NO. 194)

Court heard from counsel of record.

Defendant Time Warner Cable Southeast, LLC's Motion to Either: (1) Disqualify Mr. Webb from Appearing as Plaintiff's Trial Counsel; or (2) Preclude Mr. Webb from Testifying at Trial, and Incorporated Memorandum of Law in Support Thereof (Doc. No. 194) **REMAINS UNDER ADVISEMENT**.

**Order to enter.**