**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CABLEVIEW COMMUNICATIONS          CASE NO.  3:13-cv-306-J-34JRK
OF JACKSONVILLE, INC.
v.
TIME WARNER CABLE SOUTHEAST LLC

Counsel for Plaintiff:            Counsel for Defendant:
John Webb                         Mark Block
                                  Michael French

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles       Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

PROCEEDINGS OF:  MOTION HEARING

Oral argument by counsel.

Plaintiff's Amended Motion for Leave to File Second Amended Complaint and Join Additional Defendant With Incorporated Memorandum of Law (Dkt. No. 170) is **GRANTED**, to the extent that Plaintiff shall file a Second Amended Complaint consistent with the Court's directives no later than **January 29, 2016**, but is otherwise **DENIED**.  Defendant shall respond on or before **February 17, 2016**.

Defendant Time Warner Cable Southeast LLC's Motion for Sanctions Under Fed. R. Civ. P. 11 (Dkt. No. 155) is **DENIED without prejudice**.

The Court directs the parties to conduct a settlement conference before a United States Magistrate Judge. This case will be stayed and administratively closed until March 31, 2016, to allow the parties sufficient time to conduct the settlement conference.  No later than **April 15, 2016**, the parties shall file a joint notice advising the Court of how they wish to proceed if the matter is not resolved.

The pending Motions in Limine (Dkt. Nos. 204, 208, 209, 210) are **DENIED, without prejudice**.  In light of the Court's decision to allow the filing of a Second Amended Complaint, the pending Motions for Summary Judgment (Dkt. Nos. 126, 129) and Plaintiff's Motion to Strike Defendant's Expert Witness (Dkt. No. 127) are **DENIED as moot**.

**Order to enter**.

DATE: January 19, 2016     TIME: 10:05 a.m. - 11:36 a.m.     TOTAL: 1 Hour, 31 Minutes