**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CABLEVIEW COMMUNICATIONS OF
JACKSONVILLE, INC., a Florida
corporation,

           Plaintiff,

vs.                                         Case No. 3:13-cv-306-J-34JRK

TIME WARNER CABLE SOUTHEAST LLC
a/k/a TIME WARNER CABLE
ENTERPRISES LLC f/k/a TIME WARNER
ENTERTAINMENT COMPANY, L.P. a/k/a
TIME WARNER ENTERTAINMENT-
ADVANCE/NEWHOUSE PARTNERSHIP
d/b/a TIME WARNER CABLE,

           Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on January 19, 2016, for a hearing on various pending motions in this matter. For the reasons stated on the record during the hearing, it is hereby

**ORDERED**:

1. Plaintiff's Amended Motion for Leave to File Second Amended Complaint and Join Additional Defendant With Incorporated Memorandum of Law (Dkt. No. 170) is **GRANTED, in part, and DENIED, in part**.

a. The Motion is **GRANTED** to the extent that Plaintiff shall file a Second Amended Complaint consistent with the Court's directives no later than **January 29, 2016**. Defendants shall respond on or before **February 17, 2016**.

b. Otherwise, the Motion is **DENIED**.

2. Defendant Time Warner Cable Southeast LLC's Motion for Sanctions Under Fed. R. Civ. P. 11 (Dkt. No. 155) is **DENIED without prejudice**.

3. The pending Motions in Limine (Dkt. Nos. 204, 208, 209, 210) are **DENIED, without prejudice**.

4. The pending Motions for Summary Judgment (Dkt. Nos. 126, 129) and Plaintiff's Motion to Strike Defendant's Expert Witness (Dkt. No. 127) are **DENIED as moot**.

5. The parties shall appear before the Honorable James R. Klindt, United States Magistrate Judge, for a settlement conference. The parties will be contacted by Judge Klindt's chambers to schedule the settlement conference.

6. This case is **STAYED**, and the Clerk of the Court is directed to administratively close the file until **March 31, 2016**, to allow the parties sufficient time to conduct the settlement conference. This stay does not relieve the parties of the obligation to comply with any deadlines set forth in this Order.

7. No later than **April 15, 2016**, the parties shall file a joint notice advising the Court of how they wish to proceed if the matter is not resolved by settlement.

8.  The undersigned directs Judge Klindt to **DEFER** ruling on Defendant's Motion to Either: (1) Disqualify Mr. Webb from Appearing as Plaintiff's Trial Counsel; or (2) Preclude Mr. Webb from Testifying at Trial (Dkt. No. 194) until the stay has been lifted and the case reopened.

**DONE AND ORDERED** in Jacksonville, Florida, this 21st day of January, 2016.



MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record