UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CABLEVIEW COMMUNICATIONS OF JACKSONVILLE, INC., a Florida Corporation<br><br>Plaintiff,<br><br>v.<br><br>TIME WARNER CABLE SOUTHEAST LLC a/k/a TIME WARNER CABLE ENTERPRISES LLC f/k/a TIME WARNER ENTERTAINMENT COMPANY, L.P. a/k/a TIME WARNER ENTERTAINMENT- ADVANCE/NEWHOUSE PARTNERSHIP d/b/a TIME WARNER CABLE<br><br>Defendant. | Case No.: 3:13-cv-306-J-34 JRK |

**UNOPPOSED MOTION TO WITHDRAW RYAN D. WATSTEIN AS COUNSEL OF RECORD FOR DEFENDANT TIME WARNER CABLE SOUTHEAST, LLC**

Defense counsel Wargo & French, LLP ("Wargo French"), pursuant to Rule 2.03(b) of the Local Rules of the Middle District of Florida, requests that this Court enter an order permitting Ryan D. Watstein to withdraw as attorney of record for Defendant TIME WARNER CABLE SOUTHEAST LLC a/k/a TIME WARNER CABLE ENTERPRISES LLC f/k/a TIME WARNER ENTERTAINMENT COMPANY, L.P. a/k/a TIME WARNER ENTERTAINMENT- ADVANCE/NEWHOUSE PARTNERSHIP d/b/a TIME WARNER CABLE ("Defendant") in the above-captioned case, stating as follows:

1.      Ryan D. Watstein, Esq., ("Watstein") has been counsel of record for Defendant in this case.

2. Watstein was formerly but is no longer an attorney with Wargo French.

3. Wargo French continues to represent Defendant through counsel Michael S. French, Mark L. Block and Ryan Bollman.

4. In accordance with Local Rule 2.03(b), Defendant and opposing counsel have been given ten days' notice of this Motion for Watstein to withdraw as counsel of record for Defendant in this action.

5. In accordance with Local Rule 3.01(g), the undersigned counsel certifies that he has conferred with counsel of record for Plaintiff, and that Plaintff has no objection to Watstein's withdrawal as counsel for Defendant in this action.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion to withdraw Ryan D. Watstein as attorney of record for Defendant in this action.

Respectfully Submitted,

**WARGO & FRENCH, LLP**

*/s/ Mark L. Block*
MICHAEL S. FRENCH
Georgia Bar No. 276680
(Admitted *Pro Hac Vice*)
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
Telephone: (404) 853-1500
Facsimile: (404) 853-1511
E-mail: mfrench@wargofrench.com

MARK L. BLOCK
California Bar No. 115457
(Admitted *Pro Hac Vice*)
1888 Century Park East, Suite 1520

2

Los Angeles, CA 90067
Telephone: (310) 853-6355
Facsimile: (310) 853-6333
E-mail: mblock@wargofrench.com

RYAN BOLLMAN
Florida Bar No. 093553
201 S. Biscayne Boulevard, Suite 1000
Miami, Florida 33131
Telephone: (305) 777-6000
Facsimile: (305) 777-6001
E-mail: rbollman@wargofrench.com

*Attorneys for Time Warner Cable*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                            */s/ Mark L. Block*
                                                                              Mark L. Block