**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| CABLEVIEW COMMUNICATIONS OF JACKSONVILLE, INC., a Florida corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP d/b/a TIME WARNER CABLE and TIME WARNER CABLE SOUTHEAST LLC, d/b/a TIME WARNER CABLE, )<br><br>Defendants. ) | Case No.: 3:13-cv-306-J-34JRK |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW, Plaintiff, Cableview Communications of Jacksonville, Inc. ("Cableview"), through its undersigned counsel, and hereby requests that the Court enter an Order extending the time to file an Answer to, or Motion to Strike, Defendants' Answer to Second Amended Complaint and Defendant Time Warner Entertainment-Advance/Newhouse Partnership's Counterclaims (ECF No. 224) and, in support, states as follows:

1. On January 21, 2016, this Court entered and Order (ECF No. 218) allowing Plaintiff leave to file a Second Amended Complaint consistent with this Court's directives from a hearing held on January 19, 2016.

2. On January 29, 2016, Cableview filed its Second Amended Complaint (ECF No. 222).

3. On February 17, 2016, Defendants, Time Warner Entertainment-Advance/Newhouse Partnership and Time Warner Cable Southeast LLC, filed their Answer to Second Amended Complaint and Defendant Time Warner Entertainment-Advance/Newhouse Partnership's Counterclaims ("Defendants' Answer and Counterclaims") (ECF No. 224).

4. On February 20, 2016, undersigned counsel initiated a conferral with Defendants' counsel regarding the filing of a Motion to Strike Defendants' Answer and Counterclaims.

5. A settlement conference is currently scheduled in this matter before the Honorable Judge Klindt on Tuesday, March 1, 2016.

6. Pursuant to Rule 12(f), Federal Rules of Civil Procedure, Plaintiff's Answer to, or Motion to Strike, Defendants' Answer and Counterclaims, is due to be filed on March 8, 2016.

7. Plaintiff respectfully requestS this Court grant it an extension of time to file an appropriately responsive pleading to Defendants' Answer and Counterclaims—until March 31, 2016—in hopes that additional time to confer with counsel for Defendants may result in a resolution of the issues without the Court's intervention.

8. Granting this Motion will not require any modifications to the Court's most recent Order setting deadlines in this matter, as this action has been administratively closed until March 31, 2016, and the next deadline (to provide the Court with a joint notice of how the parties' wish to proceed if this matter is not settled) is not until April 15, 2016.

9. This Motion is not made for the purposes of unnecessary delay and will not prejudice either party or the proceedings before this Court.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b), the Court can extend time for responding to a pleading upon a showing of good cause. Here, good cause for a brief extension of time is shown, Defendants do not oppose the relief requested in this Motion as evidenced by the attached Local Rule 3.01(g) certification, and granting the Motion will not prejudice either party or the proceedings and deadlines of this Court.

WHEREFORE, Cableview respectfully moves this Court to enter and Order granting Cableview a brief extension of time—until March 21, 2016—to file an Answer to, or Motion to Strike, Defendants' Answer to Second Amended Complaint and Defendant Time Warner Entertainment-Advance/Newhouse Partnership's Counterclaims.

Respectfully submitted this 25th day of February, 2016.

**KELLEY KRONENBERG, P.A.**

*s/ John D. Webb*
John D. "Jack" Webb
Florida Bar Number: 051871
1200 Riverplace Boulevard, Suite 201
Jacksonville, Florida 32207
Telephone: (904) 399-1220
Facsimile: (904) 399-1594
Primary Email:
jwebb@kelleykronenberg.com
Secondary Email:
arichey@kelleykronenberg.com
bmills@kelleykronenberg.com

*Attorneys for Plaintiff*

## **LOCAL RULE 3.01(g) CERTIFICATE**

The undersigned counsel has conferred with opposing counsel with regards to the issue raised by the motion herein and has been advised that all counsel of record do not object to the requested relief.

*s/ John D. Webb*
John D. "Jack" Webb

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this 25th day of February, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to:

Ryan Bollman, Esq.
Stephanie McAlister, Esq.
WARGO & FRENCH, LLP
201 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
rbollman@wargofrench.com
smcalister@wargofrench.com

Mark L. Block, Esq.
WARGO & FRENCH, LLP
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
mblock@wargofrench.com

Michael French, Esq.
WARGO & FRENCH, LLP
999 Peachtree St. NE, 26th Floor
Atlanta, GA 30309
mfrench@wargofrench.com

*Attorneys for Defendants*

*s/ John D. Webb*
John D. "Jack" Webb
Florida Bar Number: 051871
1200 Riverplace Boulevard, Suite 201
Jacksonville, Florida 32207
Telephone: (904) 399-1220
Facsimile: (904) 399-1594

*Attorney for Plaintiff*