**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**CABLEVIEW COMMUNICATIONS
OF JACKSONVILLE, INC.,**

        **Plaintiff,**

vs.                                          Case No.  3:13-cv-306-J-34JRK

**TIME WARNER CABLE SOUTHEAST,
LLC,**

        **Defendant.**

---

**Counsel for Plaintiff:**                          **John D. Webb, Esquire**

**Counsel for Defendant:**                      **Michael S. French, Esquire**

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 3/1/2016<br>10:10 a.m. - 2:00 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | None Present |

### CLERK'S MINUTES

**PROCEEDINGS:**        **SETTLEMENT CONFERENCE**

<u>Parties Present for Plaintiff</u>
    James Schieszer, President

<u>Parties Present for Defendant</u>
    Craig Goldberg, Vice President and Chief Counsel, Privacy

**Settlement conference conducted - impasse**