**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CABLEVIEW COMMUNICATIONS
OF JACKSONVILLE, INC., a
Florida Corporation,

        Plaintiff,

vs.                                Case No. 3:13-cv-306-J-JRK

TIME WARNER CABLE SOUTHEAST, LLC, a/k/a
Time Warner Cable Enterprises, LLC, f/k/a Time
Warner Entertainment Company, L.P., a/k/a Time
Warner Entertainment-Advance/Newhouse Partnership,
d/b/a Time Warner Cable, and TIME WARNER
ENTERTAINMENT-ADVANCE/NEWHOUSE
PARTNERSHIP, d/b/a Time Warner Cable,

        Defendants.
_____/

## O R D E R

This cause is before the Court sua sponte. The undersigned is currently in the process of resolving the parties' motions for summary judgment (Doc Nos. 256, 257). Because a ruling on these motions may substantially affect the course of this case, it is

**ORDERED**:

The remaining deadlines in the case, as set out in the Scheduling Order (Doc. No. 250), are **VACATED**. The final pretrial conference and the non-jury trial are **CONTINUED**. These dates will be reset, as necessary, upon resolution of the motions for summary judgment.

**DONE AND ORDERED** at Jacksonville, Florida on November 28, 2016.

                                                    *James R. Klindt*
                                                JAMES R. KLINDT
                                                United States Magistrate Judge

clr
Copies to:
Counsel of Record